Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
FREEMAN & MONDRAGON
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 990-4913

Attorneys for Defendant
American Family Mutual Insurance Company

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

* * * * *

| | |
|---|---|
| SCOTT EKX,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE and DOES I through X inclusive, and ROES I though X, inclusive,<br><br>　　　　Defendants. | CASE NO: 2:09-cv-1723-RLH-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled. The above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 20 day of October, 2010.　　　DATED this 12th day of October, 2010.

FREEMAN & MONDRAGON　　　　　　　　CHESNOFF & SCHONFELD

_____　　　　　_____
Robert W. Freeman, Jr., Esq.　　　　　Chaka T. Crome, Esq.
Nevada Bar No. 3062　　　　　　　　　Nevada Bar No. 008116
1060 Wigwam Parkway　　　　　　　　 520 South Fourth Street
Henderson, Nevada 89074　　　　　　　Las Vegas, Nevada 89101
Attorney for Defendant　　　　　　　　Attorneys for Plaintiff
American Family Mutual Insurance
Company

**ORDER**

BASED UPON THE FOREGOING STIPULATION and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter be dismissed,

with prejudice, and each party to bear its own costs and attorneys fees.

DATED this 21st day of October, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

FREEMAN & MONDRAGON

_____
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
1060 Wigwam Parkway
Las Vegas, Nevada 89074
Attorney for Defendant
American Family Mutual Insurance Company

FREEMAN & MONDRAGON
1060 WIGWAM PARKWAY
HENDERSON, NEVADA 89074
TELEPHONE (702) 990-4913